UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. WICK,<br><br>    Plaintiff,<br><br>v.<br><br>JON K. WACTOR,<br><br>    Defendant. | Case No. 25-cv-05283-JSC<br><br>**ORDER REMANDING CASE** |

In light of Mr. Wactor's withdrawal of his Notice of Removal and his request that the case be remanded to the Superior Court of the State of California, County of Alameda, this case is REMANDED to Alameda County Superior Court. The Court further orders that the court file in this case be transferred by the clerk of this Court to the clerk of the State Court, along with a certified copy of this Order of Remand. The State Court may thereupon proceed with this case. The Court in its discretion declines to award attorneys' fees and costs to Mr. Wick.

**IT IS SO ORDERED.**

Dated: July 24, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge